# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-944-LPS |
| | ) |
| ORBITZ WORLDWIDE, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Data Carriers, LLC ("Plaintiff") and Defendant Orbitz Worldwide, LLC ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all Plaintiff's claims in this action WITH PREJUDICE and all Defendant's claims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated February 27, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 16, 2013

| | |
|---|---|
| BAYARD, P.A. | FISH & RICHARDSON P.C. |
| | |
| /s/ Stephen B. Brauerman | /s/ Susan M. Coletti |
| Richard D. Kirk (No. 922) | William J. Marsden, Jr. (No. 2247) |
| Stephen B. Brauerman (No. 4952) | Susan M. Coletti (No. 4690) |
| 222 Delaware Avenue, Suite 900 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 652-5070 |
| rkirk@bayardlaw.com | marsden@fr.com |
| sbrauerman@bayardlaw.com | coletti@fr.com |
| | |
| *Attorneys for Plaintiff Data Carriers, LLC* | *Attorneys for Defendant Orbitz Worldwide, LLC* |